## May H. Luehrs, Appellee, v. A. H. Marshall, Appellant.

### Gen. No. 23,244. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918.

### Statement of the Case.

Action by May H. Luehrs, plaintiff, against A. H. Marshall, defendant, to recover upon promissory notes. From a judgment for plaintiff for $2,071.66, defendant appeals.

W. KNOX HAYNES and MICHAEL FEINBERG, for appellant.

GEORGE E. BRANNAN, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

1. CORPORATIONS, § 147*—*when question of oral rescission of contract for sale of stock is for jury.* The question whether the seller and the purchaser of stock orally agreed to rescind the contract is for the jury, where the evidence is conflicting.

2. CORPORATIONS, § 147*—*when shown that contract was not orally rescinded.* In an action to recover on promissory notes given for the purchase price of stock, evidence *held* to support a finding that the contract for the sale of the stock was not orally rescinded by the parties thereto.

3. CORPORATIONS, § 149*—*when plaintiff may testify as to part of conversation with defendant relating to inability to pay for stock.* In an action to recover on promissory notes given in payment for stock, where defendant has testified as to part of a con-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

versation with plaintiff, the latter may also testify to a part of such conversation which related to a statement by defendant as to why he was unable to pay the notes.

4. APPEAL AND ERROR, § 1561*—*when refusal to give instructions is not ground for reversal.* Refusal to give instructions which were actually given in substance in other instructions is not ground for reversal.

5. APPEAL AND ERROR, § 573*—*when exception to refusal to give instructions is insufficient.* An exception to the refusal of the court to give "the instructions I have requested," without any claim that the substance thereof was not given, is insufficient.